**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rocks Club Condominium Assoc., | ) | No. CV 11-2495-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael Stone et al, | ) | |
| Defendant. | ) | |

The court has before it plaintiff's Memorandum (doc. 16), filed in response to our Order of May 11, 2012 (doc. 15).  Plaintiff advises that this entire action may be dismissed. However, plaintiff states that he will file a Rule 60 motion so that he can move for fees and costs.  But there is no need for a Rule 60 motion because  no final judgment has been entered in this case.  Assuming the automatic stay is lifted,  once we enter final judgment, plaintiff will have l4 days to have the clerk tax costs under Rule 54(d)(1), Fed. R. Civ. P. and 14 days after entry of judgment to file a motion for attorney's fees under Rule 54(d)(2), Fed. R. Civ. P.

Accordingly, it is ORDERED dismissing this entire action for the reason that all claims against all parties have been resolved.  The clerk shall enter final judgment.

DATED this 17th day of May, 2012.

Frederick J. Martone
United States District Judge